■ In the Matter of the Appointment of a Committee of the Person and Property of DOROTHY E. McINTOSH, an Alleged Incompetent Person. LOUIS B. BRODSKY, Appellant; DOROTHY E. McINTOSH, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ In the Matter of IRVING SKLOW, Respondent, against PARKERSBURG-AETNA CORP., Appellant.— Order pursuant to article 78 of the Civil Practice Act to provide for the inspection of the stock book of a foreign corporation unanimously modified, on the law, on the facts, and in the exercise of discretion, to delete therefrom the direction taxing the Referee's fee as a cost in favor of petitioner and the order is otherwise affirmed, without costs to either party. In the absence of unequivocal evidence of consent to a private reference, and the taxation of costs therefor, there is no warrant to impose the costs of the reference on respondent-appellant. Moreover, the use of a private reference in such cases as this is to be discouraged. (*Matter of Wilder* v. *Straus-Duparquet,* 5 A D 2d 1.) The remainder of the issues have largely become moot as a result of the proceedings in West Virginia and the stipulation in open court on the submission of the appeal that respondent-appellant would make available to petitioner-respondent the stock book or stock list as may be necessary for use in connection with the next annual meeting of the stockholders. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ BETTY GRAY, Appellant, v. DANIEL L. GRAY, Respondent.— Order denying motion to increase permanent alimony reversed, on the law, on the facts, and in the exercise of discretion, and the motion granted to the extent of increasing the allowance to the wife from $32.50 to $40 per week to commence from 10 days after service of the order herein with notice of entry thereof, without costs to either party. The record establishes, without serious dispute, that the husband's income has increased and that the wife's circumstances have worsened with the result that her condition is such as to require additional support. All concur except Stevens, J., who dissents and votes to affirm on the ground that the record does not establish a change in circumstances sufficiently substantial to warrant granting of the motion. Settle order. Concur — Botein, P. J., Breitel, McNally and Noonan, JJ.

■ LUCILLE M. FERGUSON, Plaintiff, v. 444 WEST 55TH STREET CORPORATION, Defendant. PAUL WOLFE, Appellant; JOSEPH B. FERGUSON, SR., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ ESSO STANDARD OIL COMPANY, Respondent, v. LUNCO, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ ROBERT C. PERCY v. MARY J. PERCY et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.